IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. KING, | No. CIV S-03-2505-FCD-CMK |
| Petitioner, | |
| vs. | ORDER TO SHOW CAUSE |
| DAVID L. RUNNELS, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding with appointed counsel and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has been directed by court order to inform the court, by May 9, 2005, whether he will stand on his existing petition and supplemental points and authorities, file an amended petition that will proceed on exhausted claims only, or file an amended petition containing exhausted claims and a request for a stay pending exhaustion of unexhausted claims. To date, petitioner has not complied.

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause in writing,
2 within 20 days of the date of service of this order, why this action should not be dismissed for
3 lack of prosecution and failure to comply with rules and court order. <u>See</u> Local Rule 11-110.
4 DATED: September 21, 2005.

/s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE
