IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID L. KING,  No. CIV S-03-2505-FCD-CMK-P

    Petitioner,

  vs.  ORDER

DAVID L. RUNNELS, et al.,

    Respondents.

                                /

        Petitioner, a state prisoner proceeding with appointed counsel and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has been directed by court order to inform the court, by May 9, 2005, whether he will stand on his existing petition and supplemental points and authorities, file an amended petition that will proceed on exhausted claims only, or file an amended petition containing exhausted claims and a request for a stay pending exhaustion of unexhausted claims.  Petitioner has not complied.  On September 22, 2005, the court directed petitioner to show cause in writing why his petition should not be dismissed for lack of prosecution and failure to comply with court orders and rules. Petitioner's appointed counsel, Victor S. Haltom, Esq., has filed a response to the order to show cause.  In his response, counsel has demonstrated excusable neglect for his failure to comply with

1

the court's May 9, 2005, order. The order to show cause will, therefore, be discharged.

Petitioner's counsel also states in his response that, due to the press of other business, he will no longer be able to represent petitioner. Counsel asks that the court allow him to secure alternate counsel through the Federal Public Defender. That request will be granted. Counsel is hereby reminded of his obligations pursuant to Eastern District of California Local Rule 83-182 with respect to substitution of counsel. Substitute counsel will be required to respond to the court's May 9, 2005, order.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's September 22, 2005, order to show cause is discharged;

2. Within 30 days of the date of service of this order, petitioner shall file a substitution of counsel which complies with Local Rule 83-182; and

3. Within 30 days after the date of appearance of substitute counsel, new counsel shall file a response to the court's May 9, 2005, order.

DATED: October 17, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE