IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. KING, | No. CIV S-03-2505-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| DAVID L. RUNNELS, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has submitted a notice of substitution of attorneys pursuant to Eastern District of California Local Rule 83-182(g). The substitution will be approved.

New counsel shall be required to respond to the court's April 12, 2005, order.[1] Specifically, counsel must notify the court whether petitioner will stand on his existing petition and supplemental points and authorities, file an amended petition that will proceed on exhausted

---

[1] The court's October 18, 2005, order incorrectly referred to the April 12, 2005, order as the "May 9, 2005, order." Rather, the April 12, 2005, order required petitioner to respond by May 9, 2005.

1

claims only, or file an amended petition containing exhausted claims and a request for a stay pending exhaustion of unexhausted claims.  Counsel is warned that failure to comply may result in the imposition of appropriate sanctions, including monetary sanctions against counsel and/or dismissal sanctions for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The substitution of attorneys filed on October 30, 2005, is approved; and

2. Within 30 days from the date of service of this order, petitioner, through new counsel, shall file a response to the court's April 12, 2005, order.

DATED:  November 2, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE