IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. KING, | No. CIV S-03-2505-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| DAVID L. RUNNELS, et al., | |
| Respondents. | |
| _____/ | |

       Petitioner, a state prisoner proceeding with appointed counsel and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 42), filed on December 6, 2005.

       On November 3, 2005, the court approved a substitution of counsel for petitioner and directed new counsel to respond to the court's April 12, 2005, order requiring a status report within 30 days.  Petitioner now seeks a 60-day extension of that deadline in order to conduct further research and prepare a status report.  Good cause appearing therefor, the request for an extension of time will be granted.  Counsel is again warned that failure to comply may result in the imposition of appropriate sanctions, including monetary sanctions against counsel and/or

1

dismissal sanctions for lack of prosecution and failure to comply with court orders and rules. <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time is granted; and

2. Within 60 days from the date of service of this order, petitioner, through new counsel, shall file a status report pursuant to the court's April 12, 2005, order.

DATED: December 8, 2005.

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE