IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID L. KING,                                    No. CIV S-03-2505-FCD-CMK-P

    Petitioner,

  vs.                                                      ORDER

DAVID L. RUNNELS, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding with appointed counsel and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254

    On November 3, 2005, the court approved a substitution of counsel for petitioner and directed new counsel to respond to the court's April 12, 2005, order requiring a status report within 30 days. Petitioner was granted a 60-day extension of that deadline on December 12, 2005. Petitioner now seeks an additional 60-day extension of time in order to conduct further research and prepare a status report. Good cause appearing therefor, the request for an extension of time will be granted. Counsel is again warned that failure to comply may result in the imposition of appropriate sanctions, including monetary sanctions against counsel and/or dismissal sanctions for lack of prosecution and failure to comply with court orders and rules.

See Local Rule 11-110.

Given the substantial amount of time that has passed since this action was filed on December 1, 2003, further extensions of time will be disfavored.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time is granted; and

2. Within 60 days from the date of service of this order, petitioner, through new counsel, shall file a status report pursuant to the court's April 12, 2005, order.

DATED: February 9, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE