IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. KING, | No. CIV S-03-2505-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| DAVID L. RUNNELS, et al., | |
| Respondents. | |
| _____ / | |

Petitioner, a state prisoner proceeding with appointed counsel and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254

On November 3, 2005, the court approved a substitution of counsel for petitioner and directed new counsel to respond to the court's April 12, 2005, order requiring a status report within 30 days. Petitioner was granted a 60-day extension of that deadline on December 12, 2005. Petitioner was granted a second 60-day extension on February 10, 2006. Petitioner was granted a third 60-day extension on April 20, 2006. In that order, the court cautioned that, given the substantial amount of time that has passed since this action was filed on December 1, 2003, no further extensions would be granted absent a showing of extraordinary circumstances. Petitioner now seeks a fourth 60-day extension of time.

1

1 | Petitioner's counsel states that, on the same day as her appointment on November
2 | 3, 2005, she received the file from prior counsel.  Counsel also states that she received the file
3 | from trial counsel in the first week of May, but that she was occupied by a jury trial in another
4 | matter until June 14th.  Finally, counsel states that additional time is required because she needs
5 | to meet with petitioner again to discuss information in the trial file.  Good cause appearing
6 | therefor, the request for an extension of time will be granted.  Counsel is again warned that
7 | failure to comply may result in the imposition of appropriate sanctions, including monetary
8 | sanctions against counsel and/or dismissal sanctions for lack of prosecution and failure to
9 | comply with court orders and rules.  See Local Rule 11-110.
10 | This shall be the last extension of time.
11 | Accordingly, IT IS HEREBY ORDERED that:
12 | 1. Petitioner's third motion for an extension of time is granted;
13 | 2. Within 60 days from the date of service of this order, petitioner, through
14 | counsel, shall file a status report pursuant to the court's April 12, 2005, order; and
15 | 3. No further extensions will be granted.

18 | DATED: June 20, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE