# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. KING, | No. CIV S-03-2505-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| DAVID L. RUNNELS, et al., | |
| Respondents. | |
| _____/ | |

  Petitioner, a state prisoner proceeding with appointed, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to court order, petitioner has filed an amended petition (Doc. 53) which is "mixed" in that it contains both exhausted and unexhausted claims. Petitioner has also filed a motion (Doc. 52) for an order staying these proceedings and holding consideration of the amended petition in abeyance ("stay-and-abeyance") pending exhaustion of the unexhausted claims. Respondents will be directed to file a response to petitioner's stay-and-abeyance motion.

///

///

///

1  Accordingly, IT IS HEREBY ORDERED that respondents shall file a response to
2  petitioner's stay-and-abeyance motion within 30 days of the date of service of this order.
3  DATED: August 30, 2006.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE