IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID L. KING,** | 2:03-cv-2505 FCD CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **DAVID L. RUNNELS, et al.,** | |
| Respondents. | |

Respondents have requested an enlargement of time to file an answer to the petition for writ of habeas corpus. Good Cause appearing,

IT IS HEREBY ORDERED THAT Respondents are granted fifteen (15) days from today, to and including March 15, 2007, for Respondents to file the answer in this matter.

March 2, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1