IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID L. KING,                                No. CIV S-03-2505-FCD-CMK-P

    Petitioner,

  vs.                                                       ORDER

DAVID L. RUNNELS, et al.,

    Respondents.

_____/

        Petitioner, a state prisoner proceeding with appointed counsel and in forma pauperis, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability (Doc. 75), filed on October 8, 2007.

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required

1

showing or must state the reasons why such a certificate should not issue.  <u>See</u> Fed. R. App. P. 22(b).  A certificate of appealability should be granted for any issue that petitioner can demonstrate is "debatable among jurists of reason," could be resolved differently by a different court, or is "adequate to deserve encouragement to proceed further."  <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: (1) Whether the in-court identification was tainted; and (2) Whether certain evidence admitted at trial should have been suppressed.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: November 1, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE